COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Stephen Franklin Heiman v. The State of Texas

Appellate case number:     01-18-00968-CR

Trial court case number:   81031-CR

Trial court:               149th District Court of Brazoria County

We previously abated this appeal, remanded the case to the trial court, and directed the trial court to determine whether appellant's appointed counsel, Frank J. Fraley, should be allowed to withdraw from representing appellant and new counsel should be appointed to represent appellant on appeal. The trial court clerk has filed a supplemental clerk's record that contains "Notice of Appointment" of Perry R. Stevens and a signed docket sheet notation stating that "Frank Fraley is allowed to withdraw due to his election to the bench" and "the court having knowledge of Mr. Fraley's election appointed Perry Stevens to represent [appellant] on appeal." Accordingly, we **REINSTATE** the case on the Court's active docket.

The Clerk of this Court is directed to note Perry R. Stevens' appearance as appointed counsel for appellant and Frank J. Fraley's withdrawal as counsel for appellant on the docket of this Court. Frank J. Fraley's motion to withdraw as counsel, filed in this Court on December 7, 2018, is **dismissed as moot**.

**The court reporter is directed to file the reporter's record no later than 14 days from the date of this order. No further extensions will be granted.** *See* TEX. R. APP. P. 35.3(c).

It is so ORDERED.


Judge's signature: _____/s/ Justice Julie Countiss_____
                   ☒ Acting individually    ☐ Acting for the Court

Date: ___March 7, 2019___